IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHERINE MILLER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-145 |
| | ) |
| GEOX USA., INC. and GEOX SPA | ) Trial by Jury Demanded |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendants, GEOX USA, INC. and GEOX SPA.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendants

Dated: April 1, 2005

WP3:1099385.1                                                                                                 064107.1001

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Entry of Appearance was also hand delivered to the following counsel of record on this date.

        Robert D. Goldberg, Esquire
        Biggs & Battaglia
        921 North Orange Street
        P.O. Box 1489
        Wilmington, DE 19899


        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/

        Barry M. Willoughby, Esquire (No. 1016)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        Telephone: (302) 571-6666
        Facsimile: (302) 576-3345
        Email: bwilloughby@ycst.com
        Attorneys for Defendants

Dated: April 1, 2005