IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHERINE MILLER, | § | |
| | § | |
| Plaintiff, | § | C.A. Number: 05-145 |
| | § | |
| v. | § | **Trial by Jury Demanded** |
| | § | |
| GEOX USA and GEOX, SPA, | § | |
| | § | |
| Defendants. | § | |

## WAIVER OF SERVICE OF SUMMONS

TO: Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19801

I, GEOX SPA /and GEOX, USA acknowledge receipt of your request that I waive service of Summons in the action of Katherine Miller v. GEOX, USA and GEOX, SPA which is case number: 05-145 in the United States District Court for the District of Delaware.

I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a Summons and an additional copy of the Complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the Summons.

I understand that a judgment may be entered against the party on whose behalf I am acting if an Answer or Motion under Rule 12 is not served upon you within sixty (60) days after

March 11, 2005

GEOX. SPA and GEOX USA, Inc

_March 31, 2005_
Date

BY: _Barry_
Defendant S

Printed/Typed name: _Barry W. Willoughby_
As _Attorney_         for  _Geox Spa & Geox USA, Inc_
   (Title)              (Corporate Defendant)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires that certain parties to cooperate in savings unnecessary costs of service of the Summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of Summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a Court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the Summons retains all defenses and objections (except any relating to the Summons or the service of the Summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a Response to the Complaint and must also file a signed copy of the Response with the Court. If the Answer or Motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the Summons had been actually served when the request for waiver of service was received.

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I electronically filed a true and correct copy of the foregoing Waiver of Service of Summons with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Waiver of Service of Summons was also hand delivered to the following counsel of record on this date.

>Robert D. Goldberg, Esquire
>Biggs & Battaglia
>921 North Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorneys for Defendants

Dated: April 1, 2005