IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-CV-145 GMS |
| | ) | |
| GEOX USA, INC., and GEOX SPA, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO DISMISS

Pursuant to F.R.C.P. 12(b)(6), Defendants, Geox USA, Inc. and Geox, SPA, hereby move to dismiss Plaintiff's claims because they fail to state a claim upon which relief may be granted. Defendant, Geox SPA further moves this Court to dismiss this action pursuant to F.R.C.P. 12(b)(2) for lack of personal jurisdiction. The grounds for this dismissal are more fully set forth in Defendants' Opening Brief in Support Of Their Motion To Dismiss, filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendants

Dated: May 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, I electronically filed a true and correct copy of the foregoing Motion to Dismiss with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Motion to Dismiss was also hand delivered to the following counsel of record on this date.

>Robert D. Goldberg, Esquire
>Biggs & Battaglia
>921 North Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: tchee@ycst.com
Attorneys for Defendants

Dated: May 10, 2005