IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KATHRYN MILLER,                          )
                                         )
                    Plaintiff,           )
                                         )
         v.                              )       C.A. No. 05-CV-145 GMS
                                         )
GEOX USA, INC., and GEOX SPA,            )
                                         )
                    Defendants.          )

<u>ORDER</u>

Defendants' Motion to Dismiss having been duly presented and heard by the Court, it is

now hereby ordered this ____ day of _____, 2005 that Defendants' Motion is granted.


_____
The Honorable Gregory M. Sleet