IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. Number: 05-145 GMS |
| | ) | |
| v. | ) | |
| | ) | **Trial By Jury Demanded** |
| GEOX USA, INC., and GEOX SPA, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED BRIEF SCHEDULE

It is hereby stipulated by and between counsel for the parties, subject to the approval of the Court, that the time period in which the parties must file briefs on Defendants' Motion to Dismiss is extended as follows:

| | |
|---|---|
| Defendants' Opening Brief | Filed – May 10, 2005 |
| Plaintiff's Answering Brief | June 15, 2005 |
| Defendants Reply Brief | June 29, 2005 |

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

By: _/s/_
Barry M. Willoughby (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6666
Attorney for Defendants

BIGGS AND BATTAGLIA

By: _/s/_
Robert D. Goldberg (No. 631)
921 North Market Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorneys for Plaintiff

APPROVED AND SO ORDERED this _____ day of May, 2005.

_____
J.

Dated: May 25, 2005