## BIGGS AND BATTAGLIA
### ATTORNEYS AT LAW

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.

921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924

OF COUNSEL
JOHN BIGGS III
GERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN

Writer's Direct E-mail: Goldberg@batlaw.com

June 1, 2005

**Via E-File**
The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lockbox 19
Wilmington, DE 19801

Re:  Miller v. GEOX USA, Inc. and GEOX SPA,
     Civil Action No. 05-145 GMS

Dear Judge Sleet:

I enclose herewith a copy of a Stipulation entered into by counsel in the above matter extending the time for Plaintiff to answer Defendant's Motion to Dismiss. The reason for the Stipulation is that I am involved in an expedited proceeding in Chancery Court and consequently needed more time to address this Motion. I thank the Court for its consideration in this matter.

Respectfully submitted,

Robert D. Goldberg (I.D. #631)

RDG/mnj

cc:  Clerk of the Court (via E-File)
     Barry Willoughby, Esquire (via E-File)