## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. Number: 05-CV-145 GMS |
| | ) | |
| v. | ) | Trial By Jury Demanded |
| GEOX USA, INC., and GEOX SPA, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING OF AMENDED COMPLAINT

TO:   Barry M. Willoughby, Esquire
    Young Conaway Stargatt & Taylor LLP
    1000 West Street, 17th Floor
    Wilmington, DE 19801

Plaintiff, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby files its Amended Complaint in the above captioned matter. No responsive pleading has been served by defendants in the above captioned matter. Attached hereto as Exhibit "A" is Plaintiff's Amended Complaint.

**BIGGS AND BATTAGLIA**

BY:  /s/ Robert D. Goldberg
    Robert D. Goldberg (ID No. 631)
    921 North Orange Street
    P.O. Box 1489
    Wilmington, DE 19899
    (302) 655-9677

Dated: June 15, 2005           Attorneys for Plaintiff