## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on June 15, 2005, I caused a copy of the attached **AMENDED COMPLAINT** to be served on the following in the manner indicated:

## VIA ELECTRONIC FILING

Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

   /s/ Robert D. Goldberg
Robert D. Goldberg (I.D. #631)