IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-CV-145 GMS |
| | ) |
| GEOX USA, INC., and GEOX SPA, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Defendants' Motion for Entry of Judgment having been duly presented to and heard by the Court, it is now ORDERED, this _____ day of _____, 2005, that final judgment shall be and hereby is entered in favor of Defendant Geox SPA on all of Plaintiff's claims, which are accordingly dismissed with prejudice as to Geox SPA. In addition, final judgment with prejudice shall be and hereby is entered in favor of Defendants Geox SPA and Geox USA, Inc. on Plaintiff's claims under 42 U.S.C. § 1983, 42 U.S.C. § 1981 and the United States Constitution.

_____
The Honorable Gregory M. Sleet
United States District Judge