**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2005, I electronically filed a true and correct copy of the foregoing Motion for Entry of Judgment with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Motion was also hand delivered to the following counsel of record on this date.

> Robert D. Goldberg, Esquire
> Biggs & Battaglia
> 921 North Orange Street
> P.O. Box 1489
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/
>
> Barry M. Willoughby, Esquire (No. 1016)
> Teresa A. Cheek, Esquire (No. 2657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6666
> Facsimile: (302) 576-3345
> Email: bwilloughby@ycst.com
> Attorneys for Defendants

Dated: June 28, 2005