| VICTOR F. BATTAGLIA<br>ROBERT D. GOLDBERG<br>PHILIP B. BARTOSHESKY<br>VICTOR F. BATTAGLIA, JR. | **BIGGS AND BATTAGLIA**<br>ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924 | OF COUNSEL<br>JOHN BIGGS III<br>GERARD P. KAVANAUGH, SR.<br>S. BERNARD ABLEMAN |

Writer's Direct E-mail: Goldberg@batlaw.com

July 8, 2005

**Via E-File**
Clerk of the Court
United States District Court
844 North King Street
Wilmington, DE 19801

      *Re:  Kathryn Miller v. GEOX USA, Inc. et al.*
           *C.A. No. 05-CV-145 GMS*

Dear Madam or Sir:

    I write to advise the Court that Plaintiff does not oppose the Motion for Entry for Judgment filed by Defendants on June 28, 2005 in the above captioned matter.

                                Respectfully submitted,

                                Robert D. Goldberg (I.D. #631)

RDG/mnj

cc:    Barry M. Willoughby, Esquire