IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-CV-145 GMS |
| | ) | |
| GEOX USA, INC., and GEOX SPA, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Fed. R. Civ. P. 12(c), Defendant Geox USA, Inc. hereby moves to dismiss the Amended Complaint for the reasons set forth in Defendant Geox USA Inc.'s Opening Brief in Support Of Its Motion for Judgment on the Pleadings, filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendants

Dated: July 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, I electronically filed a true and correct copy of the foregoing Defendant Geox USA, Inc.'s Motion For Judgment On The Pleadings with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Defendant Geox USA, Inc.'s Motion For Judgment On The Pleadings was also hand delivered to the following counsel of record on this date.

>Robert D. Goldberg, Esquire
>Biggs & Battaglia
>921 North Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ B~
>_____
>Barry M. Willoughby, Esquire (No. 1016)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com
>Attorneys for Geox USA, Inc.

Dated: July 25, 2005