IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN MILLER, | ) |
|           Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-145 GMS |
| GEOX USA, INC., and GEOX SPA, | ) |
|           Defendants. | ) |

**ORDER**

Defendants' Motion to For Judgment on the Pleadings having been duly presented and heard by the Court, it is now hereby ordered this ____ day of _____, 2005 that the motion is granted.

_____
The Honorable Gregory M. Sleet