IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-CV-145 GMS |
| | ) |
| GEOX USA, INC., and GEOX SPA, | ) **Trial By Jury Demanded** |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND**

Plaintiff, Kathryn Miller, and Defendant, GEOX USA, INC., by their respective undersigned counsel, and subject to the Court's approval stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion for Judgment on the Pleadings from August 8, 2005 to August 15, 2005.

By: _____  By: _____
Robert D. Goldberg (ID# 631)      Barry M. Willoughby, Esquire (ID #1016)
Biggs and Battaglia               Young Conaway Stargatt & Taylor, LLP
921 North Orange Street           1000 West Street, 17th Floor
P.O. Box 1489                     P.O. Box 391
Wilmington, DE 19899              Wilmington, DE 19801
(302) 655-9677                    (302) 571-6666

Attorney for Plaintiff            Attorney for Defendant
Kathryn Miller                    GEOX USA, Inc.

Date: 8/3/05                      Date: 8/3/05

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge