## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on August 11, 2005, I caused a copy of the attached ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS to be served on the following in the manner indicated:

**VIA CM/ECF ELECTRONIC FILING**

Barry M. Willoughby, Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

/s/ Robert D. Goldberg
Robert D. Goldberg (I.D. #631)