IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-CV-145 GMS |
| | ) |
| GEOX USA, INC., and GEOX SPA, | ) **Trial By Jury Demanded** |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND

Plaintiff, Kathryn Miller, and Defendant, GEOX USA, INC., by their respective undersigned counsel, and subject to the Court's approval stipulate and agree to extend time for filing of Defendant's Reply Brief in support of its Motion for Judgment on the Pleadings from August 18, 2005 to August 25, 2005.

By: _____  By: _____
Robert D. Goldberg (ID# 631)      Barry M. Willoughby, Esquire (ID #1016)
Biggs and Battaglia                       Young Conaway Stargatt & Taylor, LLP
921 North Orange Street              1000 West Street, 17th Floor
P.O. Box 1489                              P.O. Box 391
Wilmington, DE 19899                 Wilmington, DE 19801
(302) 655-9677                             (302) 571-6666

Attorney for Plaintiff                     Attorney for Defendant
Kathryn Miller                              GEOX USA, Inc.

Date:_____   Date:_____


SO ORDERED this ____ day of _____, 2005.


_____
United States District Judge

DB02:5031678.1                                                                                                  900002.0005