IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-CV-145 GMS |
| | ) |
| GEOX USA, INC., and GEOX SPA, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF SERVICE

I, Barry M. Willoughby, hereby certify that on March 3, two copies of Defendant's First Set of Interrogatories Directed to Plaintiff were hand delivered to the following person of record:

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby (No. 1016)
Teresa A. Cheek (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 576-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for Defendant

Dated: March 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 3 2006, I electronically filed a true and correct copy of the foregoing Notice of Service and Certificate of Service for Defendant's First Set of Interrogatories Directed to Plaintiff with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such pleading was also hand delivered to the following counsel of record on this date.

>Robert D. Goldberg, Esquire
>Biggs & Battaglia
>921 North Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ 
>_____
>Barry M. Willoughby (No. 1016)
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666; (302) 571-6676
>Facsimile: (302) 576-3345; (302) 576-3286
>E-mail: bwilloughby@ycst.com; tcheek@ycst.com
>Attorneys for Defendant
>GEOX USA, INC.

Dated: March 3, 2006