IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-CV-145 GMS |
| | ) | |
| GEOX USA, INC., and GEOX SPA, | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

| BIGGS & BATTAGLIA | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Robert D. Goldberg* | /s/ *Teresa A. Cheek* |
| Robert D. Goldberg (No. 631) | Barry M. Willoughby (No. 1016) |
| 921 North Orange Street | Teresa A. Cheek, Esquire (No. 2657) |
| P.O. Box 1489 | The Brandywine Building, 17th Floor |
| Wilmington, DE 19899 | 1000 West Street, P.O. Box 391 |
| Telephone: (302) 655-9677 | Wilmington, Delaware 19899-0391 |
| Facsimile: (302) 655-7924 | Telephone: (302) 571-6666 |
| Attorneys for Plaintiff | Facsimile: (302) 576-3345 |
| | Attorneys for Defendants |
| Dated: July 7, 2006 | Dated: July 7, 2006 |

DB01:2140502.1

064107.1001