# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 31, 2006

VIA E-FILE CM/ECF
The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re: Miller v. GEOX
Civil Action No. 05-145

Dear Judge Thynge:

Please be advised that the parties have resolved the above-referenced matter. Accordingly, the mediation now set for Monday, September 11, 2006, may be cancelled. On behalf of both parties, thank you for your assistance.

Respectfully,

Barry M. Willoughby

BMW:mmcm
cc: Robert D. Goldberg, Esquire
    Clerk, U.S.D.C.

DB01:2157081.1

064107.1001