**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KATHRYN MILLER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-145-GMS |
| | : | |
| GEOX USA, INC. and GEOX SPA, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **1st** day of **August, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, September 11, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE